# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2014

*The Court of Appeals hereby passes the following order:*

## A14A0664.  DENNIS GORDON v. THE STATE.

Dennis Gordon pled guilty to burglary, armed robbery, and possession of a firearm during the commission of a crime, and the trial court entered his sentence on January 6, 2012.  Gordon filed an "amended notice of appeal" on July 27, 2012.[1]  We lack jurisdiction.

Gordon's notice of appeal is untimely.  Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days after entry of the appealable order.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007). Here, the first notice of appeal filed by Gordon was filed 203 days after the order was entered.

For this reason, we lack jurisdiction to consider Gordon's appeal.  Accordingly, it is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 01/09/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The trial court has indicated that an original notice of appeal was never filed.